**Order entered March 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01542-CV

### SANDRA BEASLEY, Appellant

### V.

### WAL-MART STORES, INC., Appellee

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 98406-86**

## ORDER

Before the Court is appellant's March 5, 2019 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **March 19, 2019**. We caution appellant that further extension requests will be disfavored.

/s/  ERIN A. NOWELL
    JUSTICE